HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH & SECURITY TRUST OF WESTERN WASHINGTON, et al.<br><br>Plaintiffs<br><br>v.<br><br>S A R CONSTRUCTION CO., INC.<br><br>Defendant | NO. CV15-1078RSM<br><br>ORDER OF DEFAULT JUDGMENT |

Plaintiffs Carpenters Health & Security Trust of Western Washington, et al., have moved the Court for Default Judgment against the Defendant SAR Construction Co., Inc. as follows:

**JUDGMENT SUMMARY**

1. Judgment Creditors: Carpenters Trusts of Western Washington
2. Judgment Debtor: SAR Construction Co., Inc.
3. Contributions and Wage Deductions: $93,481.18
4. Liquidated Damages: $32,205.38
5. Interest: $22,853.75
6. Costs: $450.00
7. Attorney Fees: $2,000.00
8. Post-judgment Interest: 2.08 percent (2.08%) per annum
9. Attorney for Judgment Creditors: Mary L. Stoll

ORDER OF DEFAULT JUDGMENT—1
Case No. CV15-1078RSM

STOLL LAW GROUP, PLLC
2033 Sixth Avenue — Suite 993
Seattle, WA 98121-2527
Telephone 206-623-2855
Fax 206-667-9805

Pursuant to Plaintiffs' motion for Default Judgment against Defendant SAR Construction Co., Inc., and the Court having considered the pleadings on file, it is hereby

**ORDERED** that Plaintiffs be awarded Default Judgment against SAR Construction Co., Inc., representing, for the period December 2010 through December 2016, fringe benefit contributions and wage deductions of $148,540.31; and, for the period January 2011 through December 2016, liquidated damages of $32,205.38, and interest of $22,853.75; costs of $450.00, and attorney fees of $2,000.00, for a total amount owing of $151,115.31.

**IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total unpaid balance at the rate of 2.08 percent (2.08%) per annum.

DATED March 21, 2018

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Mary L. Stoll
Mary L. Stoll, WSBA No. 16446
STOLL LAW GROUP, PLLC
2033 Sixth Avenue — Suite 993
Seattle WA 98121-2527
Telephone 206-623-2855
Fax 206-667-9805
Email marys@mlstoll-law.com

ORDER OF DEFAULT JUDGMENT—2
Case No. CV15-1078RSM

STOLL LAW GROUP, PLLC
2033 Sixth Avenue — Suite 993
Seattle, WA 98121-2527
Telephone 206-623-2855
Fax 206-667-9805